UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK INC. and<br>NOVO NORDISK HEALTHCARE AG,<br><br>   Plaintiffs,<br><br>  v.<br><br>GLENMARK PHARMACEUTICALS<br>LIMITED and GLENMARK<br>PHARMACEUTICALS INC., USA<br><br>   Defendants. | Civ. Act. No. 3:17-cv-03462-MAS-DEA |

## STIPULATION AND ORDER

Pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY STIPULATED, by and between the undersigned, as follows:

1. The Court has jurisdiction over the subject matter of this action and over the parties.

2. This action for patent infringement (the "Litigation") was brought by Plaintiffs Novo Nordisk Inc. and Novo Nordisk Healthcare AG (collectively, "Novo Nordisk") against Defendants Glenmark Pharmaceuticals Limited ("Glenmark Limited") and Glenmark Pharmaceuticals Inc., USA (collectively, "Glenmark") for alleged infringement of United States Patent No. 7,018,992 ("the '992 patent").

3. Novo Nordisk's commencement of the Litigation was based on its receipt of notice from Glenmark Limited that it had filed Abbreviated New Drug Application ("ANDA") No. 210264 with the United States Food and Drug Administration ("FDA") containing a

certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to the '992 patent and seeking approval to market a generic version of Novo Nordisk's Vagifem® products, which are 10 µg estradiol vaginal tablets ("the Glenmark Product").

4. The parties have entered into a settlement and license agreement with respect to Novo Nordisk's claims. Glenmark will not make, have made, use, offer for sale, or sell the Glenmark Product in the United States except as provided for in the parties' settlement and license agreement.

5. Novo Nordisk and Glenmark stipulate that all claims, counterclaims and defenses in the above-entitled action are dismissed without prejudice and without costs or attorneys' fees to any party.

6. This Court retains jurisdiction over Novo Nordisk and Glenmark for purposes of enforcing the terms of this Stipulation and Order and the settlement and license agreement.

7. This Stipulation and Order shall not act as an adjudication on the merits.

8. The Clerk of the Court is directed to enter this Stipulation and Order forthwith.

/s/   David E. De Lorenzi
David E. De Lorenzi
Charles H. Chevalier
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Of Counsel:*

Jeffrey J. Oelke
Alison Hanstead
Laura T. Moran
**WHITE & CASE LLP**

/s/ Melissa E. Flax
Melissa E. Flax
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Tel: (973) 994-1700
Fax: (973) 994-1744
mflax@carellabyrne.com

*Of Counsel:*

William A. Rakoczy
Anuj K. Wadhwa

1221 Avenue of the Americas
New York, NY 10020
(212) 819-8200

*Attorneys for Novo Nordisk Inc.
and Novo Nordisk Healthcare AG*

**RAKOCZY MOLINO MAZZOCHI
 SIWIK LLP**
6 West Hubbard Street, Suite 500
Chicago, IL 60654
(312) 527-2157
wrakoczy@rmmslegal.com

*Attorneys for Defendants
Glenmark Pharmaceuticals Limited and
Glenmark Pharmaceuticals Inc., USA*

**IT IS HEREBY SO ORDERED.**

Dated: March 1, 2018

_____
THE HONORABLE MICHAEL A. SHIPP
United States District Judge
District Of New Jersey